UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALBERTO CABRERA BLANCO, et al., | No. 2:24-cv-2885 AC |
| Plaintiffs, | |
| v. | ORDER |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

This case is before the undersigned for all purposes on the parties' consent. ECF No. 8. On December 16, 2024, defendants filed a motion to dismiss, set to be heard on the papers February 12, 2025. ECF Nos. 9, 10. Pursuant to Local Rule 230(c), plaintiffs' opposition was due within 14 days of the motion being filed, in this case December 30, 2024. Plaintiffs did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the case will be dismissed pursuant to Local Civil Rule 110.

DATED: January 6, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE