UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALBERTO CABRERA BLANCO and LISA ESPINOSA,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | No.  2:24-cv-2885 AC<br><br><br>ORDER |

This case is before the undersigned for all purposes pursuant to the parties' consent.  ECF No. 8.  On December 16, 2024, defendants filed a motion to dismiss this case, set to be heard on February 12, 2025.  ECF No. 9.  On January 7, 2025, plaintiffs filed a statement of non-opposition, stating that they have decided not to prosecute this case.  ECF No. 13.  Accordingly, the hearing set on the motion to dismiss (ECF No. 9) is VACATED and the motion is GRANTED.  Plaintiffs' complaint is dismissed, and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: January 10, 2025

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE